**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Sierra Jo Swift Eagle,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER SCHEDULING PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:26-cr-068 |

The undersigned shall hold a pretrial status conference with counsel by telephone on October 14, 2026, at 1:45 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2026

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court